## SHEEHAN & REEVE

*Attorneys at Law*
139 Orange Street, Suite 301
New Haven, CT 06510

Richard A. Reeve
Michael O. Sheehan

Phone (203) 787-9026
Fax (203) 787-9031
rareeve51@snet.net

November 18, 2008

Chambers of the Honorable
Nicholas G. Garaufis
U. S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: *U.S.A. v. Anthony Indelicato*, No. 05 Cr. 60 (NGG)**

Dear Judge Garaufis:

I am submitting this letter to allow Your Honor to consider our request for a judicial recommendation that Mr. Indelicato be designated to Otisville F.C.I. As you know, Mr. Indelicato is 61 years old, and as a result of his guilty plea and plea agreement with the government in this case, he knows that he will be serving a 20-year sentence. It is his hope that while he is serving that sentence he will be able to maintain contact with his family. I have attached a two-page letter from his mother, addressed to the Court and dated August 29, 2008. As she states, and the PSR reflects (¶ 122), she is 79 years old and in poor health. She presently resides in Florida, but will soon be moving to the New York City area with her 56-year old daughter, who has her own very serious set of medical problems (PSR at ¶¶ 123-124). Given their medical conditions, a drive of much more than two hours is not possible, and thus unless he is designated to Otisville it is likely that Mr. Indelicato will have no contact with either his mother for the remaining years of her life, or his sister.

In addition, Mr. Indelicato has been very active over the last several years with serving as a father-figure for his 13-year old niece, who resides with Mr. Indelicato and his family at their residence in Howard Beach. Her father plays no role in her life, and Mr. Indelicato has maintained a very positive relationship with her. Placement at Otisville would permit this positive relationship to continue.

Mr. Indelicato is acutely aware of the fact that he might not be released from this sentence before he dies. The one request he is making of the Court at this time is a judicial recommendation of Otisville. He understands that such a recommendation is

not binding on the Bureau of Prisons.

    Thank you in advance for your consideration of this request.

Respectfully,

*Richard A. Reeve*

Richard A. Reeve

RAR/
Enclosure

cc:   Jeffery Goldberg, A.U.S.A.
      Naya Tsang, U.S.P.O.
      Anthony Indelicato